UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XZAVR MOORE,<br><br>        Plaintiff,<br><br>    v.<br><br>S. TORRES, et al.,<br><br>        Defendants. | Case No. 1:18-cv-00601-EPG (PC)<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(ECF No. 7) |

Xzavr Moore ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1). On May 23, 2018, plaintiff filed an application to proceed *in forma pauperis*. (ECF No. 7). As the Court granted Plaintiff's previous application to proceed *in forma pauperis* on May 22, 2018, (ECF No. 6), IT IS HEREBY ORDERED that Plaintiff's application of May 23, 2018, is DENIED as moot.

IT IS SO ORDERED.

Dated: **May 25, 2018**  /s/ Erica P. Grosjean
                                                   UNITED STATES MAGISTRATE JUDGE