# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XZAVR MOORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. TORRES, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00601-LJO-EPG (PC)<br><br>ORDER GRANTING REQUEST TO OPT OUT OF EARLY SETTLEMENT CONFERENCE<br><br>(ECF Nos. 23, 26) |

Plaintiff, Xzavr Moore, is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

This matter has been referred for an early settlement conference. (ECF No. 23.) On March 21, 2019, Defendants filed a request to "opt-out" of the settlement conference, explaining that following an evaluation of the case and a conversation with Plaintiff, they have determined that a settlement conference would not be beneficial at the present time. (ECF No. 26.) The Court will accordingly grant Defendants' request to opt out of an early settlement conference.

It is ORDERED that the request to opt out of an early settlement conference (ECF No. 26) is GRANTED.

IT IS SO ORDERED.

Dated: **March 25, 2019**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE