UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XZAVR MOORE, | Case No. 1:18-cv-00601-LJO-EPG (PC) |
| Plaintiff, | ORDER STRIKING DEFENDANTS' INITIAL DISCLOSURES FROM RECORD |
| v. | (ECF NO. 35) |
| C. GRIECO, et al., | |
| Defendants. | |

Xzavr Moore aka Amber Moore ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 27, 2019, Defendants—apparently inadvertently—filed their initial disclosures into the Court record. (ECF No. 34) On July 2, 2019, Defendants filed a request to strike the unintentionally-filed initial disclosures from the Court record. (ECF No. 35)

Accordingly, IT IS ORDERED that Defendants' unintentionally-filed initial disclosures (ECF No. 34) be stricken from the Court record.

IT IS SO ORDERED.

Dated: __July 3, 2019__                     /s/ _Erica P. Grosjean_
                                        UNITED STATES MAGISTRATE JUDGE