# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XZAVR MOORE,<br><br>          Plaintiff,<br><br>          v.<br><br>C. GRIECO<br><br>          Defendants. | Case No. 1:18-cv-00601-LJO-EPG<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br><br>(ECF Nos. 31, 32) |

      Xzavr Moore also known as Amber Moore ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The Court screened Plaintiff's First Amended Complaint and found a cognizable First Amendment retaliation claim against Defendant C. Greico. (ECF No. 17)

      On April 30, 2019, Plaintiff filed a request asking the Court to issue a "decree for CCWF to stop opening and reading [her] legal mail." (ECF No. 31) Plaintiff alleges that prison officials opened her legal mail on both 4/16/19 and 4/26/19 without her permission. (*Id.*)

      On May 16, 2019, Magistrate Judge Erica P. Grosjean entered findings and recommendations construing Plaintiff's request as a motion for an injunction to prohibit prison staff from opening or reading Plaintiff's legal mail in her absence, and recommending that Plaintiff's motion be denied without prejudice, as there is not a sufficient nexus between the allegations in the First Amended Complaint and Plaintiff's requested injunction. (ECF No. 32.)

1

Plaintiff was provided an opportunity to file objections to the findings and recommendations. (*Id.*) Plaintiff did not do so.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court had conducted a *de novo* review of this matter. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on May 16, 2019 are ADOPTED in full; and
2. Plaintiff's Motion for Injunctive Relief (ECF No. 31) is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: **July 29, 2019**         /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE